Opinion issued September 27, 2007









Opinion
issued September 27, 2007

 

 

 

 

 

 

 




 
 
 
 
 




     

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-07-00650-CV

 



 

IN RE PARK MANOR OF CYPRESS STATION, Relator

 



 

Original Proceeding on Petition for
Writ of Mandamus

 



 

MEMORANDUM  OPINION

 

By petition for writ of mandamus,
relator, Park Manor of Cypress Station, challenged the trial court=s[1]
July 10, 2007, order denying relator=s amended motion to dismiss and
compel arbitration.  








We deny
the petition for writ of mandamus.

We lift
the stay of proceedings in the trial court.

                                         PER
CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 









[1]           The underlying case is Bruce
Carson, Independent Executor of the Estate of Ethel B. Carson, a/k/a Ethel
Carson, Deceased v. Park Manor of Cypress Station, No. 2006-04151, in the
165th District Court of Harris County, Texas, the Honorable Elizabeth Ray,
presiding.